IN THE UNITED STATES DISTRICT COURT
FOR THE <u>SOUTHERN</u> DISTRICT OF TEXAS
<u>BROWNSVILLE</u> DIVISION

United States District Court
Southern District of Texas
FILED

APR 1 7 2002

Michael N. Milby
Clerk of Court

<u>ALFONSO RAMIREZ CRUZ #</u>
Plaintiff's name and ID Number

<u>BSCC INTERSTATE UNIT</u>
Place of Confinement

CAB-02-52

CASE NO. <u>101 CR 00218001</u>
(Clerk will assign the number)

APPLICATION TO PROCEED
IN FORMA PAUPERIS

<u>ALFONSO RAMIREZ CRUZ 1801 W I-20</u>
Defendant's name and address <u>BIG SPRING, TX 79720</u>

I, <u>ALFONSO RAMIREZ CRUZ</u>, declare, depose, and say I am the Plaintiff in the above entitled case. In support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state because of my poverty, I am unable to pay in advance the filing fee for said proceedings or to give security for the filing fee. I believe I am entitled to relief.

I, further declare the responses which I have made to the questions and instructions below are true.

1. Have you received, within the last 12 months, any money from any of the following sources?

   a. Business, profession or from self-employment      Yes☐ No☒
   b. Rent payments, interest or dividends?             Yes☐ No☒
   c. Pensions, annuities or life insurance payments?   Yes☐ No☒
   d. Gifts or inheritances?                            Yes☐ No☒
   e. Family or friends?                                Yes☐ No☒
   f. Any other sources?                                Yes☐ No☒

   If you answered YES to any of the questions above, describe each source of money and state the amount received from each during the past 12 months.

   _____

   _____

2. Do you own cash, or do you have money in a checking or savings account, including any funds in prison accounts?
   Yes☐            No☒
   If you answered YES, state the total value of the items owned.

   _____

   _____

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __BSCC INTERSTATE UNIT__
(name of institution)
where __Alonso Ramirez Cruz__, Inmate ID No. __62783-079__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this date the prisoner has in his account the sum of $ __.30__.

(2) During the past six months, the prisoner's:

Average monthly balance was $ __18.67__.

Average monthly deposits to the prisoner's account were $ __18.67__.

Total deposits to the prisoner's account for the six months were $ __48.44__.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Dated: __4/12/02__

_____
Authorized Officer

__Interstate Unit of BSCC__
Institution of Confinement

## AUTHORIZATION

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the Court any initial partial filing or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

Dated: __4/12/02__

__Alfonso Ramirez Cruz__
Signature of Prisoner/Plaintiff/Appellant
Institution ID No. __62783-079__

## CERTIFICATE OF INMATE TRUST ACCOUNT

I, the undersigned authorized officer of the __BSCC INTERSTATE UNIT__
(name of institution)
where __Alonso Ramirez Cruz__, Inmate ID No. __62783-079__, is confined
(name of inmate)
as a prisoner, do hereby certify that:

(1) On this date the prisoner has in his account the sum of $ __.30__.

(2) During the past six months, the prisoner's:

Average monthly balance was $ __18.67__.

Average monthly deposits to the prisoner's account were $ __18.67__.

Total deposits to the prisoner's account for the six months were $ __48.44__.

Attached is a certified copy of the prisoner's trust account statement (or institutional equivalent) showing transactions for the past six months.

Dated: __4/12/02__

_____
Authorized Officer

__Interstate Unit of BSCC__
Institution of Confinement

## AUTHORIZATION

I, the undersigned inmate, authorize the institution where I am incarcerated to withdraw and forward to the Court any initial partial filing or appeal fee and any subsequent installments ordered by a Court under the *in forma pauperis* provisions of 28 U.S.C. § 1915.

Dated: __4/12/02__

__Alfonso Ramirez Cruz__
Signature of Prisoner/Plaintiff/Appellant
Institution ID No. __62783-079__

DATE: 04/12/2002  TIME: 09:27:10

**BIG SPRING CORRECTIONAL CENTER**
Inmate Statement

Page 1 of 1

BOP #: 62783-079    Inmate Name: Ramirez-Cruz, Alfonso

Ledger Balance: $0.33    Avail. Balance: $0.33

| DATE | TIME | FROM | TO | RCPT# | AMOUNT | COMMENT | WHO |
|---|---|---|---|---|---|---|---|
| 04-11-2002 | 14:21 | IMTR | COMS | 381241 | -21.77 | Commissary Sale | ispos |
| 04-05-2002 | 11:49 | IPAY | BPAY | 377215 | 4.00 | Food Service 1 | jsalazar |
| 04-05-2002 | 11:49 | IPAY | PPAY | 377214 | 18.00 | Food Service 1 | jsalazar |
| 03-14-2002 | 08:56 | IMTR | COMS | 367567 | -18.67 | Commissary Sale | ispos |
| 03-08-2002 | 11:03 | IPAY | BPAY | 364415 | 3.00 | Food Service 1 | jsalazar |
| 03-08-2002 | 11:03 | IPAY | PPAY | 364414 | 15.60 | Food Service 1 | jsalazar |
| 03-07-2002 | 13:24 | IMTR | COMS | 362877 | -0.70 | Commissary Sale | ispos |
| 02-15-2002 | 09:31 | IMTR | COMS | 355616 | -17.13 | Commissary Sale | ispos |
| 02-07-2002 | 16:19 | IPAY | PPAY | 352343 | 18.00 | Food Service 1 | jsalazar |