3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT COURT
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 10 2002

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ALFONSO RAMIREZ CRUZ | * | |
| VS | * | C.A. NO. B-02-052 |
| UNITED STATES OF AMERICA | * | (Cr. No. B-01-218) |

## O R D E R

The Application to Proceed in Forma Pauperis is hereby **GRANTED**. Let the Applicant proceed without prepayment of cost or fees or the necessity of giving security therefor.

The Government is hereby ORDERED to respond to Petitioner's 28 U.S.C. Section 2255 Motion to Vacate, Set Aside, or Correct Sentence on or before **July 12, 2002**. Said response shall include the transcript of the plea and sentencing record.

DONE at Brownsville, Texas, this 10th day of May 2002.

Felix Recio
United States Magistrate Judge